**Brian K. JOHNSON, Plaintiff–Appellant,**

v.

**Reed HOLTGEERTS, Director, DAJD; et al., Defendants,**

and

**Officer Navejas, RJC and King County Jail, Defendants–Appellees.**

No. 09–35189.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 22, 2010.*

Filed Sept. 29, 2010.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Brian K. Johnson, Leisure City, FL, pro se.

John Cobb, Esquire, King County Prosecuting Attorney's Office, Seattle, WA, for Defendants–Appellees.

Before: WALLACE, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

Our independent review of the record indicates that the district court did not abuse its discretion by dismissing Brian K. Johnson's ("Johnson") action under Federal Rule of Civil Procedure 37 after Johnson was warned that failure to comply with the district court's pretrial order could result in dismissal of the case, he refused to answer questions at both of his depositions, and he failed to provide relevant arguments in opposition to defendants' motion to dismiss. *See Valley Eng'rs Inc. v. Elec. Eng'g Co.*, 158 F.3d 1051, 1057 (9th

Cir.1998) (listing factors to consider in determining whether dismissal is proper under Rule 37).

Johnson's remaining contentions are unpersuasive.

Johnson's pending motions are denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).